UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE G. SCARBOROUGH,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 2:15-cv-0146-KJN<br><br><br><br>ORDER |

On March 11, 2015, the court granted plaintiff's application to proceed *in forma pauperis* and directed service of process on the Commissioner. (ECF No. 3.) To date, the Commissioner has not appeared in the action, and there has been no docket activity since March 11, 2015.

Accordingly, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days of this order, plaintiff shall show cause in writing why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute the action.

2. Failure to timely respond to this order will result in dismissal of the action pursuant to Federal Rule of Civil Procedure 41(b).

////

////

1

1    IT IS SO ORDERED.

2  Dated:  November 24, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE