BESS M. BREWER, #100364
LAW OFFICE OF BESS M. BREWER
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 385-7517

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE G. SCARBOROUGH<br>xxx-xx-xxx<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SSA<br><br>Defendant. | Case No.   15-146 KJN<br><br>STIPULATION AND<br>ORDER EXTENDING PLAINTIFF'S<br>TIME TO FILE SUMMARY<br>JUDGEMENT MOTION |

    IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file her summary judgment motion is hereby extended from April 22, 2016, to May 13, 2016, with all other deadlines extended accordingly.  This extension is required due to counsel's briefing schedule and the need to complete a brief in an older case due the same day.

/ / / /

/ / / /

/ / / /

Dated: April 22, 2016                /s/Bess M. Brewer
                                     BESS M. BREWER
                                     Attorney at Law

                                     Attorney for Plaintiff


Dated: April 22, 2016                 Benjamin B. Wagner
                                     United States Attorney

                                     Deborah Lee Stachel
                                     Acting Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     /s/ Jeffrey Chen
                                     JEFFREY CHEN
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant


                              **ORDER**

APPROVED AND SO ORDERED.

Dated:   April 25, 2016

                                     _____
                                     KENDALL J. NEWMAN
                                     UNITED STATES MAGISTRATE JUDGE

2