1  BENJAMIN B. WAGNER
United States Attorney
2  DEBORAH LEE STACHEL
3  Acting Regional Chief Counsel, Region IX
Social Security Administration
4  JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
5        Social Security Administration
6        160 Spear Street, Suite 800
San Francisco, CA  94105
7        Telephone: (415) 977-8939
Facsimile: (415) 744-0134
8        Email: Jeffrey.Chen@ssa.gov
9  Attorneys for Defendant

10                 UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12                     SACRAMENTO DIVISION

13

14  RENEE G. SCARBOROUGH,                )   Civil No. 2:15-cv-00146-KJN
                                         )
15           Plaintiff,                  )   **STIPULATION AND ORDER FOR A**
                                         )   **SECOND EXTENSION OF TIME FOR**
16           v.                          )   **DEFENDANT TO FILE HER MOTION**
                                         )   **FOR SUMMARY JUDGMENT**
17  CAROLYN W. COLVIN,                   )
18  Acting Commissioner of Social Security, )
                                         )
19           Defendant.                  )
20  _____)

21           IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22  with the approval of the Court, that Defendant shall have a second extension of time of 14 days

23  to file her motion for summary judgment.  Defendant respectfully requests this additional time

24  because of a very heavy workload and because a recent illness caused the undersigned to miss

25  time from the office.

26

27

28  Stip. to Extend Def.'s MSJ

                                         1

1        The new due date for Defendant's motion for summary judgment will be Wednesday,

2    August 3, 2016.

3

4                        Respectfully submitted,

5    Date:  *July 20, 2016*                LAW OFFICE OF BESS M. BREWER

6                             By:    */s/ Bess Brewer\**

7                                        BESS BREWER
                                         *\* By email authorization on July 20, 2016*

8                                        Attorney for Plaintiff

9    Date:  *July 20, 2016*                BENJAMIN B. WAGNER
                                         United States Attorney

10

11                            By:    */s/ Jeffrey Chen*

12                                       JEFFREY CHEN
                                         Special Assistant United States Attorney

13                                       Attorneys for Defendant

14

15

16

17                         ORDER

18

19   APPROVED AND SO ORDERED.  All other case deadlines are adjusted accordingly.

20

21   Dated:  July 21, 2016

22

23                          KENDALL J. NEWMAN

24                          UNITED STATES MAGISTRATE JUDGE

25

26

27

28

Stip. to Extend Def.'s MSJ

2